**CAMILLE M. ABATE, ESQ.**
**ATTORNEY AT LAW**

———•◦•———

Of Counsel, Nicholas Goodman & Associates
333 Park Avenue South, Suite 3A, New York, NY 10010
TEL: (212) 227-9003 • FAX: (212) 937-2112

May 4, 2020

**VIA ECF**

Hon. J. Paul Oetken
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**United States v. Daequan Roberts, 19 Cr. 75 (JPO)**
**Request for Adjournment of Sentence**

Dear Judge Oetken:

Sentence for Mr. Roberts is currently scheduled for May 19, 2020 at 12:30 p.m. However, due to continued restrictions related to the COVID-19 situation, the courthouse is taking emergency matters only and the marshals will not transport inmates to court from MCC.

While we would be ready and prepared for sentence on May 19, Mr. Roberts does not wish to be sentenced telephonically or via video. In our most recent conference, Mr. Roberts expressed that he would like to be sentenced in person, before Your Honor, and speak on his own behalf directly to the Court during sentence. I apprised him of the fact that this would delay sentence in his matter, and he understands and accepts that.

I have spoken to AUSA Kyle Wirshba about this matter, and he informs me that the government has no objection to this request for adjournment of sentence. I therefore request that sentence be adjourned until June 23 or July 14 – both Tuesdays so that Mr. Robert's mother can attend.

Sincerely,

*s/s Camille M. Abate, Esq.*

Camille M. Abate, Esq.
Attorney for Daequan Roberts

> Granted. Sentencing is hereby adjourned to June 23, 2020, at 11:00 am.
> So ordered.
> May 4, 2020

_____
J. PAUL OETKEN
United States District Judge