**CAMILLE M. ABATE, ESQ.**
ATTORNEY AT LAW

━━━●O●━━━

Of Counsel, Nicholas Goodman & Associates
333 Park Avenue South, Suite 3A, New York, NY 10010
TEL: (212) 227-9003 • FAX: (212) 937-2112

June 18, 2020

**VIA ECF**

Hon. J. Paul Oetken
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**United States v. Daequan Roberts, 19 Cr. 75 (JPO)**
**Request for Adjournment of Sentence**

Dear Judge Oetken:

Sentence for Mr. Roberts is currently scheduled for Tuesday, June 23, 2020 at 10:00 a.m. However, due to continued restrictions related to the COVID-19 situation, the courthouse is still taking only emergency matters and the marshals will not transport inmates to court from MCC.

Since Mr. Roberts does not wish to be sentenced telephonically or via video, and would like to on his own behalf directly to the Court during sentence, I am requesting one more adjournment for approximately one month, in the hopes that the courthouse will be open and conducting in-person appearances. Therefore, I ask that Mr. Roberts' sentence be adjourned once more.

I have spoken to AUSA Mollie Bracewell about this matter, and she informs me that the government has no objection to this request for adjournment of sentence. I therefore request that sentence be adjourned until July 21 or 28 – both Tuesdays so that Mr. Robert's mother can attend. Additionally, I request that the time of sentence be after 11:00 a.m.

> Granted.
> Sentencing is hereby adjourned to July 21, 2020, at 11:30 A.M.
>   So ordered.
>   June 18, 2020

Sincerely,

*s/s Camille M. Abate, Esq.*

Camille M. Abate, Esq.
Attorney for Daequan Roberts

acewell (via ECF)

_____
J. PAUL OETKEN
United States District Judge