UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

DAEQUAN ROBERTS,
                      Defendant.

---

19-CR-075 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    On September 8, 2020, the Court sentenced the Defendant, Daequan Roberts, to 48 months' imprisonment on his plea of guilty to possessing a firearm after having been previously convicted of a felony under 18 U.S.C. § 922(g). On January 25, 2022, Mr. Roberts moved for credit for time spent in the Manhattan Correctional Center (the "MCC") before his conviction pursuant to 18 U.S.C. § 3585(b). (*See* ECF No. 37.) The Defendant explained that he believed that he was not being credited for the time he spent in federal pretrial custody in his sentence. In a subsequent letter, Mr. Roberts further explained his request that he "get at least the 17 months" he had spent in MCC pretrial detention credited toward his sentence. (*See* ECF No. 40.)

    Mr. Roberts correctly noted an error in the Bureau of Prisons initial computation of his sentence. But, as the Government explained in its letter dated February 10, 2022, BOP prepared a revised sentence computation, which correctly credited Mr. Roberts with time served for the portion of time spent in federal pretrial detention that was creditable. (*See* ECF No. 38.) This resulted in a revised projected release date of May 27, 2023. (*See* ECF No. 37.) The Court subsequently learned that the Defendant was, in fact, released to a residential reentry center on January 31, 2023.

Accordingly, Defendant's motion is denied as moot.

The Clerk of the Court is respectfully directed to close Docket Entry 37.

SO ORDERED.

Dated: May 10, 2023
       New York, New York

                                                    J. PAUL OETKEN
                                             United States District Judge